**BRYAN CAVE LLP**
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Robert A. Padway, California Bar No. 48439
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: 415-675-3400
Facsimile: 415-675-3434
E-mail: deborah.goldfarb@bryancave.com
robert.esposito@bryancave.com
robert.padway@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

LYNN ROSS,

Plaintiff,

vs.

BANK OF AMERICA, N.A.,

Defendant.

Case No. 11-cv-00118-LKK-EFB

**JOINT STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING**

Judge: Lawrence K. Karlton

Original Deadline: February 9, 2011
New Deadline: March 9, 2011

**STIPULATION**

Plaintiff Lynn Ross and Defendant Bank of America, N.A. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Defendant is required to file a responsive pleading pursuant to Federal Rule of Civil Procedure Rule 12(a) by February 9, 2011. (*See* Dkt. 6).

2. Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, the Parties hereby stipulate to extend the time to file a responsive pleading by 28 days. No extension relating to this matter has previously been sought.

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

3. Defendant shall now be required to file a responsive pleading on or before March 9, 2011.

4. The content of this document is acceptable to all persons who have signed below.

5. The extensions of time requested herein will not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: February 9, 2011

**Attorney Debt Reset**
Jeremy Gordon Winter
Robert Steven Gimblin, II

By: /s/ Robert Steven Gimblin, II
Robert Steven Gimblin, II
Attorney for Plaintiff
LYNN ROSS

Dated: February 9, 2011

Deborah A. Goldfarb, Esq.
Robert J. Esposito
Robert A. Padway
**BRYAN CAVE LLP**

By: /s/ Robert J. Esposito
Robert J. Esposito
Attorneys for Defendant
BANK OF AMERICA, N.A.

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

February 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT