**BRYAN CAVE LLP**
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Robert A. Padway, California Bar No. 48439
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:    415-675-3400
Facsimile:    415-675-3434
E-mail:    deborah.goldfarb@bryancave.com
    robert.esposito@bryancave.com
    robert.padway@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNN ROSS,<br><br>             Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>             Defendant. | Case No. 11-cv-00118-LKK-EFB<br><br>**JOINT STIPULATED MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING BY 22 DAYS AND ORDER GRANTING MOTION TO EXTEND TIME**<br><br>Judge: Lawrence K. Karlton<br><br><u>Original Deadline</u>:            February 9, 2011<br><u>First Stipulated Extension</u>:  March 9, 2011<br><u>New Deadline Requested</u>:    March 31, 2011 |

## STIPULATED MOTION TO EXTEND TIME

Plaintiff Lynn Ross and Defendant Bank of America, N.A. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and request as follows:

1.    Defendant was originally required to file a responsive pleading pursuant to Federal Rule of Civil Procedure Rule 12(a) by February 9, 2011.  (*See* Dkt. 6).

2.    Pursuant to Local Rule 144 and Federal Rule of Civil Procedure 6, the Parties entered a Stipulation on February 8, 2011 to extend the time to file a responsive pleading by 28 days, thus extending the deadline to March 9, 2011.  (*See* Dkt. 7).

1   3.   The Parties are currently engaged in discussions in an attempt to resolve this matter
2   informally.  Pursuant to Local Rule 144, the Parties jointly request that the Court approve a second
3   extension of twenty-two (22) days to respond to the Complaint to allow the parties to continue
4   such discussions.  Defendant shall therefore file a responsive pleading by March 31, 2011.

5   4.   The Parties agree that the extension of time requested herein will not result in
6   prejudice to any party to this action or to this Court.

7   5.   The content of this document is acceptable to all persons who have signed below.

**Respectfully Submitted,**

Dated:  March 9, 2011

**Attorney Debt Reset**
Jeremy Gordon Winter
Robert Steven Gimblin, II


By:  /s/ Robert Steven Gimblin, II
Robert Steven Gimblin, II
Attorney for Plaintiff
LYNN ROSS

Dated:  March 9, 2011

Deborah A. Goldfarb, Esq.
Robert J. Esposito
Robert A. Padway
**BRYAN CAVE LLP**


By:  /s/ Robert J. Esposito
Robert J. Esposito
Attorneys for Defendant
BANK OF AMERICA, N.A.


**ORDER**

Pursuant to the foregoing stipulation and request, and good cause appearing, Defendant shall file a responsive pleading on or before March 31, 2011.  **IT IS SO ORDERED**

Dated:  March 9, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

SF01DOCS28421.1