UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LYNN ROSS,

        Plaintiff,

    v.

BANK OF AMERICA, N.A.,

        Defendant.

                                NO. Civ.S-11-0118 LKK/EFB

**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT**

    Counsel have filed a Joint Notice of Settlement in the above-captioned case. The court now orders that pursuant to Local Rule 160(b), the dispositional documents disposing of the case shall be filed no later than twenty (20) days from the effective date of this order.

    All hearing dates heretofore set in this matter are hereby **VACATED**.

    FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO

////

////

1

1 <u>CONTRIBUTED TO THE VIOLATION OF THIS ORDER.</u>

2    IT IS SO ORDERED.

3    DATED:  March 21, 2011.

```
                        /s/ Lawrence K. Karlton
                        _____
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```