**BRYAN CAVE LLP**
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Robert A. Padway, California Bar No. 48439
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:      deborah.goldfarb@bryancave.com
             robert.esposito@bryancave.com
             robert.padway@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNN ROSS,<br><br>              Plaintiff,<br><br>       vs.<br><br>BANK OF AMERICA, N.A.,<br><br>              Defendant. | Case No. 11-cv-00118-LKK-EFB<br><br>**JOINT STIPULATION EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS BY ONE WEEK; ORDER**<br><br>Judge: Lawrence K. Karlton<br><br>Original Deadline:  April 11, 2011<br>New Deadline:       April 18, 2011 |

## STIPULATION

Plaintiff Lynn Ross and Defendant Bank of America, N.A. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1.   Pursuant to the Court's March 22, 2011 Order, the Parties are required to file dispositional documents following settlement by April 11, 2011. (*See* Dkt. 13).

2.   The Parties hereby stipulate and agree to a one week extension to allow them to finalize their agreement. No extension relating to this matter has previously been sought.

///

3. The Parties shall now be required to file dispositional documents on or before April 18, 2011.

4. The content of this document is acceptable to all persons who have signed below.

5. The extensions of time requested herein will not result in prejudice to any party to this action or to this Court.

**IT IS SO STIPULATED.**

Dated: April 7, 2011

**Attorney Debt Reset**
Jeremy Gordon Winter
Robert Steven Gimblin, II

By: /s/ Robert Steven Gimblin, II
   Robert Steven Gimblin, II
Attorney for Plaintiff
LYNN ROSS

Dated: April 7, 2011

Deborah A. Goldfarb, Esq.
Robert J. Esposito
Robert A. Padway
**BRYAN CAVE LLP**

By: /s/ Robert J. Esposito
   Robert J. Esposito
Attorneys for Defendant
BANK OF AMERICA, N.A.

**ORDER**

Pursuant to the foregoing Stipulation, and good cause appearing, **IT IS SO ORDERED.**

DATED: April 11, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT