**BRYAN CAVE LLP**
Deborah Goldfarb, California Bar No. 241942
Robert J. Esposito, California Bar No. 267031
Robert A. Padway, California Bar No. 48439
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone:   415-675-3400
Facsimile:   415-675-3434
E-mail:   deborah.goldfarb@bryancave.com
   robert.esposito@bryancave.com
   robert.padway@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.

Attorney Debt Reset, Inc.
Jeremy G. Winter, California Bar No. 245631
Robert S. Gimblin, California Bar No. 272044
1300 Ethan Way, Ste. 125
Sacramento, CA 95825
Telephone:   916-446-1791
Facsimile:   916-446-1742

Attorneys for Plaintiff
LYNN ROSS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LYNN ROSS,<br><br>            Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, N.A.,<br><br>            Defendant. | Case No. 11-cv-00118-LKK-EFB<br><br>**STIPULATION OF DISMISSAL OF COMPLAINT WITH PREJUDICE; ORDER**<br><br>Judge: Lawrence K. Karlton |

## STIPULATION

Plaintiff Lynn Ross and Defendant Bank of America, N.A. (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, The parties have reached a settlement of this action.

WHEREAS, The content of this document is acceptable to all persons who have signed below.

NOW THEREFORE, The Parties hereby stipulate and agree that the Complaint is dismissed, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), *with prejudice*.

**IT IS SO STIPULATED.**

Dated: April 15, 2011

**Attorney Debt Reset**
Jeremy Gordon Winter
Robert Steven Gimblin, II

By: /s/ Robert Steven Gimblin, II
Robert Steven Gimblin, II
Attorney for Plaintiff
LYNN ROSS

Dated: April 15, 2011

Deborah A. Goldfarb, Esq.
Robert J. Esposito
Robert A. Padway
**BRYAN CAVE LLP**

By: /s/ Robert J. Esposito
Robert J. Esposito
Attorneys for Defendant
BANK OF AMERICA, N.A.

## ORDER

Pursuant to the foregoing Stipulation, **IT IS SO ORDERED.**

Dated: April 19, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907